Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Inkcycle, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 48-1146277 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> 10601 West 79th Street <br> Shawnee, KS 66214 <br> Number, Street, City, State & ZIP Code <br><br> Johnson <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | inkcycle.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.     Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency _____

            Contact name _____

            Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 7, 2024
              MM / DD / YYYY

**X** /s/ Rick Krska                            Rick Krska
Signature of authorized representative of debtor       Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Colin Gotham                     Date   June 7, 2024
Signature of attorney for debtor                 MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone    (913) 962-8700      Email address    cgotham@emlawkc.com

KS#19538; MO#52343 KS
Bar number and State

| | |
|---|---|
| Debtor name | Inkcycle, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Small Business Admin. 1000 Walnut St., Ste. 500 Kansas City, MO 64106 | | Blanket Lien | | $1,900,000.00 | $0.00 | $1,900,000.00 |
| Cross First Bank 11225 College Blvd., Suite 150 Overland Park, KS 66210 | | Blanket Lien | | $880,000.00 | $105,200.00 | $774,800.00 |
| Lion Industrial Properties, LP dba LIT F Switzer II P.O Box 6166 Hicksville, NY 11802-6166 | | Trade Debt | | | | $293,124.20 |
| Ninestar Image Tech Limited Unit 18 9/f New commerce center 9 on lai street shatin nt Hong Kong | | Trade Debt | | | | $272,335.82 |
| Speed Infotech (HK) Limited 8A Building 6, Jiantao Plaza,No.269 Tongxie Rd. Shanghai, 200335 P.R. China | | Trade Debt | | | | $73,956.72 |
| Nectron International 725 Park Two Drive Sugar Land, TX 77478-2843 | | Trade Debt | | | | $40,235.43 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pratt Industries Inc. PO Box 933949 Atlanta, GA 31193-3949 | | Trade Debt | | | | $25,074.09 |
| Static Control Components Inc P.O. Box 11407 Dept. # 1656 Birmingham, AL 35246-1656 | | Trade Debt | | | | $18,892.61 |
| BPO Media LLC 840 S Rancho Drive, Suite #4-558 Las Vegas, NV 89106 | | Services Provided | | | | $10,000.00 |
| ECI Software Solutions, Inc. 4400 Alliance Gateway Frwy # 154 Fort Worth, TX 76177 | | Trade Debt | | | | $7,809.06 |
| CrossFirst Bank 11225 College Blvd., Suite 150 Overland Park, KS 66210 | | Loan | | | | $7,033.67 |
| Design Mechanical, Inc. P.O. Box 875988 Kansas City, MO 64187-5988 | | Trade Debt | | | | $5,191.18 |
| Universal Imaging Industries, LLC 35246 U.S. Hwy 19 North Suite 251 Palm Harbor, FL 34684 | | Trade Debt | | | | $4,818.00 |
| Fiber Platform, LLC dba Unite Private Ne PO Box 734498 Chicago, IL 60673-4498 | | Trade Debt | | | | $4,308.93 |
| Taylor Group, LLC. 8725 Rosehill Road, Suite 101 Lenexa, KS 66215 | | Services Provided | | | | $4,000.00 |
| Hermes Company, Inc. 13030 West 87th Street Parkway Lenexa, KS 66215 | | Trade Debt | | | | $3,560.39 |

Case 24-20732   Doc# 1   Filed 06/13/24   Page 7 of 72

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Uniqbag LP 121 West Trade Street, Suite 2900 Charlotte, NC 28202 | | Trade Debt | | | | $3,480.00 |
| Prime Label KC, Inc. 4401 E 140th St Grandview, MO 64030 | | Trade Debt | | | | $3,263.89 |
| M.W.M. Inc. PO Box 3023 Shawnee, KS 66203 | | Trade Debt | | | | $1,972.80 |
| Safety-Kleen Systems, Inc. P.O. Box 975201 Dallas, TX 75397-5021 | | Trade Debt | | | | $1,631.66 |

**Fill in this information to identify the case:**

Debtor name    Inkcycle, Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Cross First Bank | Checking | | $5,000.00 |
| 3.2. | Landmark Bank | Checking | | $200.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $5,200.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 5,000.00 | - | 0.00 | = .... | $5,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$5,000.00

---

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale** | | | | |
| **22.    Other inventory or supplies** Inventory | | $0.00 | Liquidation | $75,000.00 |

**23.    Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$75,000.00

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Case 24-20732    Doc# 1    Filed 06/13/24    Page 10 of 72

| Debtor | Inkcycle, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Machinery and Equipment - See Attached List | $0.00 | Liquidation | $20,000.00 |

**51.** **Total of Part 8.**        $20,000.00

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | Inkcycle, Inc. | Case number *(if known)* |
|--------|----------------|--------------------------|
|        | Name           |                          |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $75,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $105,200.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $105,200.00 |

## SCHEDULE A/B - PROPERTY
### Question 50

Cat model 22 floor scrubber
Welder - base ultrasonic
Portable PA system
Q Scan Weigh & Scale System
Welder
19-Rivet Shelving Post 2 Rivet Angle B
(2) High Flow Coolant Pump -(Mini M4il/l1)
Badge printer
Lista Desk Order
(24) Work bench legs
Interior InkCycle Logo
Screenwelder Lex
Solenoid valve module
Hotsy pressure washer w/ auto start
Folding table
Modification of Table Top Labeling Machine
Easy Conveyor
Glue Dispensing Machine
Spindle
Shrink Tunnel
Shoptester 200
Compressor/Dryer from #948
Mag Roller Coating Machine with 2 ye1ar
HP 10 11 12 88 Filling Machine
Dahle 20800 EC Strip-Cut Shreddar
7 Slot Canon Resetter Unit
Table Top Tamp Applicator
CK30 RF Term TE2000-VI/AnsI ALP5H/1A5N/0U8
Labeling System for Canon (var items)
Shrink Wrap Machine
8 Cavity Injection Mold Canon 5/8
8 Cavity Injection Mold Canon 5/8
Fab & Install Exhaust System & Water
EW-77301-22 Digital Drive/Dispensing
EW-77301-21 Dispensing System Motor
EW-77200-60 Easy-Load II Pump Head
Cartridge Shrink Wrap Machine
Cartridge Shrink Wrap Machine
Cartridge Shrink Wrap Machine
Tamp Apply Labeling Sys w/ 1 Avery
Tamp Apply Labeling Sys w/ 2 Avery
Blow Off Station
Zebra Series 10SSL - Label Printer
CK3 Hand-held scanner

HHP QC 800 Barcode Verifier
Portable Spectrodensitometer
Centrifuge machine
Quick Check 800 Verifier
X-Rite 504 Reflection Densitometer
HP 92/94/74 Cart Dryer (12 Position)
HP 92/94/74 Cart Dryer (12 Position)
HP 92/94/74 Cart Dryer (12 Position)
HP 92/94/74 Cart Dryer (12 Position)
HP 92/94/74 Cart Dryer (12 Position)
HP 92/94/74 Cart Dryer (12 Position)
HP 92/94/74 Cart Flushing machines
MR1X Perfil with 80 liter hopper
MR1X Perfil with 80 liter hopper
MR1X Perfil with 80 liter hopper
MR1X Perfil with 20 liter hopper
SCC 550 110v blow off station
SCC 550 110v blow off station
SCC 550 110v blow off station
SCC 550 110v blow off station
Complete Smart printer 818 (USB)
Complete Smart printer 828 (USB)
Slot #8 Canon PG Slot for Shop Tester
Complete Smart printer 818 (USB)
Complete Smart printer 828 (USB)
Complete Smart printer 828 (USB)
Complete Smart printer 929 (USB)
Canon 220-Series Ink Fill Machine
Canon 220-Series Ink Fill Machine
Tabletop Toner Cart Filling Machine
Tamp Apply Labeling Sys w/2 Avery
Tamp Apply Labeling Sys w/2 Avery
Canon 220-Series Ink Fill Machine
Canon 220-Series Ink Fill Machine
Canon 220-Series Ink Fill
TurnPro 10X54 Variable Spd Mill
Canon 220-Series Wrap Machine
Canon 220-Series Wrap Machine
No. 1 self feed tooling set
 No. 1 self feed tooling
HP 22/28/57 Cartridge Flusher
Perforation Unit Canon 220 Black
Perforation Unit Canon 221 Color
Dell PowerEdge 2950 Servers
Dell EMC CX300 Storage with rack
Quantum LTO-4 HH-Tape drive
Quantum LTO-3 HH- Tape drive
Dillon GTS-1000 Motorized Test
Dillon GTX Digital Force Guage
Shrink Wrap Machine

kw 304SS-Reimers Model SR80
kw 304SS-Reimers Model
Plug-In Module 9 for ST200 for HP601
Smart Printer 838 (USB) for HP
Smart Printer 838 (USB) for HP
Jet Clean 155 Automated Spray
Clean 155 Automated Spray Clean
Dell R710 Server
HP 563 Shrink Wrap Machine
Dreamfill toner filling machine
 Dreamfill toner filling machine
Dreamfill toner filling machine
HL 810/M Band Sealer
HP-45 Cartridge Oscillating Steamer/F5
2536 HP-45 Cartridge Oscillating Steamer/F5
VIZIO E420VL - 42" LCD TV- Small
Heat Chmber/Cart Holder
Water Pump Inkjet Department
Boiler Feed Pump(Caulligan)
Tabletop Powdwer Filling Machine
HP564 & HP920 XL Color Ink Filling 3M
HP564 & HP-920 STD Black Ink Filling
HP564XL Black Ink Filling Machine
HP564 & HP920 XL Color Filling Mac
Motor for Boiler
Vacuum Pump
LexmarkT656 Test Printer
Band Sealer
2003 Toyoto 4 wheel forklift
HP 60/901 Black Cap
Ultrasonic Welding Horn-20khz
Spring Loaded Fixture Base
Vacuum Pump -CP
Water Leak Detection System in Auxill
Brother LC61 Series 2 Cavity
Epson EPS-C31CA26031 - E Network
Epson EPS-C31CA26031-E Network
Epson EPS-C31CA26031-E Network
Cartridge Flusher Tank Retro Kit
2565 Smart Printer
2566 Smart Printer
Cannon 221 Ink Fill Machine with Spot
Canon 221 Ink Fill Machine With Spot
EPS-C31CA26031-E Network Printer
EPS-C31CA26031-E Network Printer
Canon 220 Ink Filler Machine with Spot
Avery Dennision -Labeling Apply High
Trash Compactor -Pneumatic Barrel
Dreamfill Toner Filling Machine
Dreamfill Toner Filling Machine

Water Cooled Aftercool / KWC125
Model Battery 18-125-125 DEKA
ST200 Module 10 for Cannon PG 2
ST200 Module 10 for Cannon CL 2
Dell 5330dn Monochrome Laser Printer
Ultrasonic welder(with Horn & Base)
Batteries for Forklift Unit # U2395B
Epson EPS-C31CA26031 Network Printer
B400 Battery Banding Tool
19ft Scissor Lift - Make SKYJACK
Station and 9 Station Manifold Set
Battery Charger with Material and Labor
HP Color Laser Jet CP5225n Printer
2621 HP Color Laser Jet Enterprise Printer
Vertical Baler-EPCO E11 72
B Ink Filling Machine(Canon 2251)
326 CL Ink Filling Machine (Canon22162
 Vacuum Pump (Item CPS15F)
Epson EPS-C31CA26031 Network Printer
Epson EPS-C31CA26031-E Network Printer
Epson EPS-C31CA26031-E Network Printer
Fluids Multi-parameter Transmitter
Water Softener Controller #1(Culligan)
Water Softener Controller (Culligan)
2640 Pre-Fil Standard MR-1 Self Feed
Raymond Reach Truck #2 (2014) Forklif
Mighty Handle Tooling
Ink Filling Machine 350B
Filling Machine 351 CL
HP564 Sealer #1
HP564 Sealer #2
HP564 Sealer #3
HP564 Sealer #4
HP564 Sealer #5
Nozzel plate Tapping Machine
Air Spindle Tools
Mighty handle Tools (Cutting die &
Samsung SCX-5935fn
Diagraph Pressure Sensitive Labeler
HP Laser Jet Enterprise M630 Printer
Cutting Die & Printing Plates (Mighty Han
 Cutting Die and Plate
Little David Taper Taping
Cutting Die & printing Plate (Might
Cutting Die & Plates
Xerox Work Center 7435 Printer
Xerox Work Center 7556 Printer
Xerox 550 Color Printer
HP Color Laserjet M651 Printer
Dell 6430 Laptop

450 GB Hard Drive for Server Room
Little David Case Sealer/Taper
Little David Carton Sealer
HP Laserjet M775DN Series Color Printer
HP Laserjet M806 Series
Laxmark MS810n Mono Laser Printer
Laserjet M806 Printer
EMC Storage Processor - CX -4PDA
 Laserjet M650n Laser Printer
HP Laserjet M650n Laser Printer
Cutting Die and Plate
Die for Boxes
Die for Boxes
Die for Boxes
Die for 3 Linkyo Boxes
ePatch Chip Welder
16 Cavity Injection Mold for Mighty
Kyocera M3560idn Copier
Kyocera M6526cidn Copier
Kyocera M3550idn Copier
650JS Air Spindle(National Tools)
ePatch Chip Welder
HP Laser Jet M680DN Multifunction Printer
Smart Printer - CBR Tester
Phone System
Auto Drill Multi -Spindle
Forklift - Raymond Reach Truck
ePatch Chip Welder with Freight
Air Compresor with Tools
Racking #2
R-Jet Tek Ink II Filler (110 V,16
R-Jet Tek Select Jet II Filler(110V,16)
Printing Plate & Dies(Total *)
Auto Drill
Scissorlift
Computer Supplies
Test Printer
MS SQL Server with License
DGI - SOW Routing
Software Development (Auto reserv

This is a historical list.  Many of the items have become obsolete, have been destroyed, or sold.
Debtor will update this llist.

**Fill in this information to identify the case:**

Debtor name   Inkcycle, Inc.

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   Cross First Bank
Creditor's Name

11225 College Blvd., Suite 150
Overland Park, KS 66210
Creditor's mailing address

Describe debtor's property that is subject to a lien
Blanket Lien     $880,000.00     $105,200.00

Describe the lien
UCC

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**   Leaf Capital Funding
Creditor's Name

2005 Market Street
14th Floor
Philadelphia, PA 19103
Creditor's mailing address

Describe debtor's property that is subject to a lien
Blanket Lien as part of the leases listed on Schedule G     $0.00     $0.00

Describe the lien
UCC

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | US Small Business Admin. | **Describe debtor's property that is subject to a lien** | $1,900,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

1000 Walnut St., Ste. 500
Kansas City, MO 64106

Blanket Lien

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,780,000.00 |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Attorney General<br>Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Line  2.3 | |
| CrossFirst Bank<br>4707 West 135th Street<br>Overland Park, KS 66224 | Line  2.1 | |
| Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 | Line  2.1 | |
| Mark Ernst<br>Belleview Capital<br>6506 Stephani Drive<br>Dallas, TX 75225 | Line  2.1 | |
| US Attorney<br>US Courthouse<br>500 State Avenue, Rm 360<br>Kansas City, KS 66101 | Line  2.3 | |

US Small Business Admin.
District Counsel                                    Line   2.3
10675 Bedford Avenue, Suite 100
Omaha, NE 68127

**Fill in this information to identify the case:**

Debtor name  Inkcycle, Inc.

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $478.95 |
|---|---|---|---|
| | Aegis Fire Protection, LLC. | ☐ Contingent | |
| | 13415 West 98th Street | ☐ Unliquidated | |
| | Lenexa, KS 66215 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** <u>Services Provided</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | BPO Media LLC | ☐ Contingent | |
| | 840 S Rancho Drive, Suite #4-558 | ☐ Unliquidated | |
| | Las Vegas, NV 89106 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** <u>Services Provided</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $230.69 |
|---|---|---|---|
| | Cintas First Aid & Safety #479 | ☐ Contingent | |
| | P.O. Box 631025 | ☐ Unliquidated | |
| | Cincinnati, OH 45263-1025 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** <u>Trade Debt</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Citibank, NA | ■ Contingent | |
| | 388 Greenwich Street | ☐ Unliquidated | |
| | 10th Floor | ■ Disputed | |
| | New York, NY 10013 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** <u>Possible Unreleased UCC</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Inkcycle, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,033.67 |
|---|---|---|---|

**CrossFirst Bank**
11225 College Blvd., Suite 150
Overland Park, KS 66210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.21 |
|---|---|---|---|

**Crown Packaging Corp.**
PO Box 17806 M
Saint Louis, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.19 |
|---|---|---|---|

**Danolyte Global, LLC**
9216 Bond
Overland Park, KS 66214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,191.18 |
|---|---|---|---|

**Design Mechanical, Inc.**
P.O. Box 875988
Kansas City, MO 64187-5988

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,809.06 |
|---|---|---|---|

**ECI Software Solutions, Inc.**
4400 Alliance Gateway Frwy # 154
Fort Worth, TX 76177

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.96 |
|---|---|---|---|

**Evergy**
PO Box 219330
Kansas City, MO 64121-9330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility Service_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,308.93 |
|---|---|---|---|

**Fiber Platform, LLC dba Unite Private Ne**
PO Box 734498
Chicago, IL 60673-4498

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Inkcycle, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,560.39 |
|---|---|---|
| Hermes Company, Inc.<br>13030 West 87th Street Parkway<br>Lenexa, KS 66215 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.79 |
|---|---|---|
| Johnson County Wastewater<br>P.O. Box 219948<br>Kansas City, MO 64121-9948 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Utility Service | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293,124.20 |
|---|---|---|
| Lion Industrial Properties, LP dba LIT F<br>Switzer II<br>P.O Box 6166<br>Hicksville, NY 11802-6166 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,972.80 |
|---|---|---|
| M.W.M. Inc.<br>PO Box 3023<br>Shawnee, KS 66203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.65 |
|---|---|---|
| McMaster-Carr Supply Co.<br>PO Box 7690<br>Chicago, IL 60680-7690 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.50 |
|---|---|---|
| Mitsubishi Chemical America, Inc.<br>655 North Central Avenue, Suite 155<br>Glendale, CA 91203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,235.43 |
|---|---|---|
| Nectron International<br>725 Park Two Drive<br>Sugar Land, TX 77478-2843 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Inkcycle, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $272,335.82 |
| | Ninestar Image Tech Limited | ☐ Contingent | |
| | Unit 18 9/f New commerce center 9 | ☐ Unliquidated | |
| | on lai street shatin nt | ☐ Disputed | |
| | Hong Kong | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,069.75 |
| | Old Dominion Freight Line Inc | ☐ Contingent | |
| | P O Box 841324 | ☐ Unliquidated | |
| | Dallas, TX 75284-1324 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,074.09 |
| | Pratt Industries Inc. | ☐ Contingent | |
| | PO Box 933949 | ☐ Unliquidated | |
| | Atlanta, GA 31193-3949 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,263.89 |
| | Prime Label KC, Inc. | ☐ Contingent | |
| | 4401 E 140th St | ☐ Unliquidated | |
| | Grandview, MO 64030 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,631.66 |
| | Safety-Kleen Systems, Inc. | ☐ Contingent | |
| | P.O. Box 975201 | ☐ Unliquidated | |
| | Dallas, TX 75397-5021 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $298.02 |
| | Schendel Services Inc. | ☐ Contingent | |
| | P.O. Box 735145 | ☐ Unliquidated | |
| | Dallas, TX 75373-5145 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $73,956.72 |
| | Speed Infotech (HK) Limited | ☐ Contingent | |
| | 8A Building 6, Jiantao Plaza,No.269 | ☐ Unliquidated | |
| | Tongxie Rd.  Shanghai, 200335 | ☐ Disputed | |
| | P.R. China | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.26**

**Nonpriority creditor's name and mailing address**
Static Control Components Inc
P.O. Box 11407
Dept. # 1656
Birmingham, AL 35246-1656

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$18,892.61

---

**3.27**

**Nonpriority creditor's name and mailing address**
Taylor Group, LLC.
8725 Rosehill Road, Suite 101
Lenexa, KS 66215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

$4,000.00

---

**3.28**

**Nonpriority creditor's name and mailing address**
Tracy Reed
18924 S. Prairie Lane
Pleasant Hill, MO 64080

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.29**

**Nonpriority creditor's name and mailing address**
Tri Resources Intl, Inc.
PO Box 1079
Erie, CO 80516

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,218.00

---

**3.30**

**Nonpriority creditor's name and mailing address**
UniFirst Corporation
PO BOX 650481
Dallas, TX 75265-0481

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$65.30

---

**3.31**

**Nonpriority creditor's name and mailing address**
UniNet Imaging, Inc.
3308 W El Segundo Blvd
Hawthorne, CA 90250

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$103.80

---

**3.32**

**Nonpriority creditor's name and mailing address**
Uniqbag LP
121 West Trade Street, Suite 2900
Charlotte, NC 28202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,480.00

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,818.00 |
| | Universal Imaging Industries, LLC<br>35246 U.S. Hwy 19 North<br>Suite 251<br>Palm Harbor, FL 34684 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.70 |
| | UPS<br>Lockbox 577<br>Carol Stream, IL 60132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Services Provided_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
| | VIM Recyclers, LP<br>920 Rathbone Avenue<br>Aurora, IL 60506 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Services Provided_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.89 |
| | VoIP Networx<br>12701 Chowen Ave, STE 107B<br>Burnsville, MN 55337 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Utility Service_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 787,053.85 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 787,053.85 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Opened<br>UCC<br>ELA-2400 ANW<br>Sanitation Equipment<br><br>Leaf Capital Funding<br>2005 Market Street<br>14th Floor<br>Philadelphia, PA 19103 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Opened<br>UCC<br>Various Equipment<br><br>Leaf Capital Funding<br>2005 Market Street<br>14th Floor<br>Philadelphia, PA 19103 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease of Business Property<br><br>LIF Finance II, LP<br>% Gregory Pappas<br>7500 West 110th Street, Suute 110<br>Overland Park, KS 66210 |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Rick Krska | 1255 South Gardener Road<br>Olathe, KS 66061 | US Small Business Admin. | ■ D   2.3<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Inkcycle, Inc.

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................   $     0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...............................................................................   $     105,200.00

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................   $     105,200.00

---

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     2,780,000.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................   $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$     787,053.85

4.   **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b      $     3,567,053.85

Fill in this information to identify the case:

Debtor name    Inkcycle, Inc.

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 7, 2024      **X** /s/ Rick Krska
                 Signature of individual signing on behalf of debtor

                 Rick Krska
                 Printed name

                 President
                 Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

IN RE:                 )

                    )     Case No. 24-40362-DLS

INKCYCLE, INC.,        )     Chapter 11

                    )     Subchapter V

_____DEBTOR._____)

## DEBTOR'S DECLARATION UNDER PENALTY OF PERJURY
## AND NOTICE OF COMPLIANCE WITH LOCAL RULE 1007.1

Comes now the Debtor, Inkcycle, Inc. by and through its principal Rick Krska, and hereby makes the following statements and declarations under penalty of perjury regarding the following documents required by Local Rule 1007.1:

1. Corporate Resolution Statement is attached hereto.

2. Balance Sheet is attached hereto as Financial Statements and Accountants' Compilation Report.

3. Statement of Operations is attached hereto as Financial Statements and Accountants' Compilation Report.

4. Cash Flow Statements have not been prepared.

5. 2023 Federal Income Tax Return is attached hereto.

Inkcycle, Inc.

By: /s/

Rick Krska, President

## RESOLUTIONS BY
## THE MEMBERS/SHAREHOLDERS OF
## INKCYCLE, INC.

At a meeting of all of the Members/Shareholders of Inkcycle, Inc. duly held at the office of said Company/Corporation on the 7th day of June 2024, the following Resolutions were adopted.

RESOLVED: that Inkcycle, Inc. will file a Chapter 11 Bankruptcy Proceeding in the United States Bankruptcy Court for the District of Kansas, and that Evans & Mullinix, P.A. will be the attorneys Inkcycle, Inc. in this bankruptcy proceeding; and

RESOLVED: that Rick Krska, President of Inkcycle, Inc., is hereby authorized and instructed to sign all of the appropriate documents and take such action as is necessary and required of Inkcycle, Inc. to comply with the local rules of court and the statutory requirements as set forth in the Bankruptcy Code and Local Bankruptcy Rules.

Notice of the time and place of said meeting is hereby waived by the Members/Shareholders.

By: Rick Krska
President

STATE OF KANSAS )
                     ) ss:
COUNTY OF JOHNSON )

Rick Krska, being duly sworn, says that he/she is the President of Inkcycle, Inc., a corporation of the State of , authorized to do business in the State of Kansas, and that the foregoing is a true and correct copy of the Resolutions adopted by said Company/Corporation on this 7th day of June 2024.

By: Rick Krska
President
Inkcycle, Inc.

Subscribed and sworn to before me this 7th day of June 2024.

Notary Public

**SHELBI HINDS**
My Appt. Exp. 9/15/25

# InkCycle, Inc.

## Financial Statements
## and
## Accountants' Compilation Report

*Four Months Ended April 30, 2024*

Case 24-20732   Doc# 1   Filed 06/13/24   Page 33 of 72



## ACCOUNTANTS' COMPILATION REPORT

To the Board of Directors
InkCycle, Inc.
Shawnee, KS

Management is responsible for the accompanying financials statements of InkCycle, Inc., which comprise the balance sheets as of April 30, 2024, and the related statements of income and retained earnings for the four months then ended in accordance with accounting principles generally accepted in the United States of America. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any assurance on these financial statements.

Management has elected to omit substantially all of the disclosures and the statement of cash flows required by accounting principles generally accepted in the United States of America. If the omitted disclosures and the statement of cash flows were included in the financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenue and expenses. Accordingly, these financial statements are not designed for those who are not informed about such matters.

The supplementary information contained in the schedules of cost of sales and operating expenses is presented for purposes of additional analysis is not a required part of the basic financial statements. Such information is the responsibility of management. The supplementary information was not subject to our compilation engagement. We have not audited or reviewed the supplementary information and, accordingly, do not express an opinion, a conclusion, nor provide any form of assurance on such information.

Taylor Group, LLC

Lenexa, Kansas
May 24, 2024

# INKCYCLE, INC
## BALANCE SHEETS

|  | April 30, 2024 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Cash | $ 605 |
| Accounts receivable, net | 80,890 |
| Inventory | 115,000 |
| Total Current Assets | 196,495 |
| Property and equipment | |
| Furniture & Fixtures | 4,803 |
| Office & shop equipment | 1,876,654 |
| Leasehold Improvements | 82,188 |
|  | 1,963,645 |
| Less accumulated depreciation | (1,842,928) |
|  | 120,717 |
|  | $ 317,212 |
| **LIABILITIES** | |
| Current Liabilities | |
| Line of Credit | $ 912,476 |
| Current Portion LT Debt | 10,365,461 |
| Accounts payable | 800,523 |
| Total Current Liabilities | 12,078,460 |
| Long-Term Debt | |
| Notes payable - Bellevue Capital | 11,277,624 |
| Notes payable - SBA | 2,114,167 |
| Notes payable - others | 296,686 |
| Less current portion | (10,365,461) |
|  | 3,323,016 |
| **STOCKHOLDER'S EQUITY** | |
| Common stock | 43,980 |
| Preferred stock | 26,770 |
| Additional paid in capital | 390,101 |
| Retained earnings (deficit) | (15,418,350) |
| Treasury Stock | (126,765) |
|  | (15,084,264) |
|  | $ 317,212 |

# INKCYCLE, INC.
## STATEMENT OF OPERATIONS AND RETAINED EARNINGS (DEFICIT)

|  | | Four Months Ended April 30, 2024 | % of Sales |
|---|---|---|---|
| **Sales, net** | $ | 428,137 | 100.0 |
| **Cost of Goods Sold** | | 371,860 | 86.9 |
| **Gross Profit** | | 56,277 | 13.1 |
| **General and Adminstrative Expenses** | | 848,278 | 198.1 |
| **Income from Operations** | | (792,001) | (185.0) |
| **Other Income (Expense)** | | | |
| Other Income | | 5,693 | 1.3 |
| Gain (loss) on assets | | 162,957 | 38.1 |
| Management Income | | 3,514 | 0.8 |
| Interest expense | | (56,994) | (13.3) |
| | | 115,170 | 26.9 |
| **Net Loss** | | (676,831) | (158.1) |
| **Retained Earnings (Deficit), Beginning of Year** | | (14,741,519) | |
| **Retained Earnings (Deficit),  End of Year** | $ | (15,418,350) | |

See Accountants' Compilation Report

# INKCYCLE, INC.
## SUPPLEMENTAL SCHEDULE OF COST OF GOODS SOLD

|  | Four Months Ended April 30, 2024 | % of Sales |
|---|---|---|
| Materials | $ 242,719 | 56.7 |
| Salaries - Production | 89,460 | 20.9 |
| Freight & postage | 16,072 | 3.8 |
| Scrapping | 11,107 | 2.6 |
| Payroll Taxes | 9,509 | 2.2 |
| Shop Expense | 2,993 | 0.7 |
|  | $ 371,860 | 86.9 |

**INKCYCLE, INC.**
**SUPPLEMENTAL SCHEDULE OF GENERAL**
**AND ADMINISTRATIVE EXPENSES**

| | **Four Months Ended**<br>**April 30,**<br>**2024** | **% of**<br>**Sales** |
|---|---:|---:|
| Rent | $ 395,176 | 92.3 |
| Salaries | 96,118 | 22.5 |
| Freight Out | 71,904 | 16.8 |
| Insurance | 38,571 | 9.0 |
| Utilties | 32,238 | 7.5 |
| Consulting | 31,500 | 7.4 |
| Repairs and maintenance | 31,033 | 7.2 |
| Taxes and licenses | 22,447 | 5.2 |
| Commissions | 21,479 | 5.0 |
| Telephone & internet | 19,463 | 4.5 |
| Depreciation and amortization | 17,169 | 4.0 |
| Credit card fees | 11,119 | 2.6 |
| Payroll taxes | 9,417 | 2.2 |
| Office supplies | 7,913 | 1.8 |
| Rebate Program Costs | 7,580 | 1.8 |
| Packaging & supplies | 7,047 | 1.6 |
| Meals and entertainment | 6,107 | 1.4 |
| Professional fees | 4,700 | 1.1 |
| Waste disposal | 4,163 | 1.0 |
| Bank charges | 3,600 | 0.8 |
| Computer supplies & expenses | 2,222 | 0.5 |
| Dues and subscriptions | 2,098 | 0.5 |
| Advertising and marketing | 1,904 | 0.4 |
| Payroll processing fees | 1,599 | 0.4 |
| Outside services | 1,000 | 0.2 |
| Miscellanous expense | 435 | 0.1 |
| Security | 276 | 0.1 |
| | $ 848,278 | 198.1 |

| Form **1120** | | U.S. Corporation Income Tax Return | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2023 or tax year beginning , ending <br> Go to *www.irs.gov/Form1120* for instructions and the latest information. | **2023** |

| A Check if: | | | Name **InkCycle, Inc.** | B Employer identification number <br> 48-1146277 |
|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) | | **TYPE OR PRINT** | Number, street, and room or suite no. If a P.O. box, see instructions. <br> **11100 W 82nd Street** | C Date incorporated <br> **12/23/1993** |
| b Life/nonlife consolidated return | | | City or town, state or province, country, and ZIP or foreign postal code <br> **Lenexa**     **KS 66214** | D Total assets (see instructions) <br> $ **729,848** |
| 2 Personal holding co. (attach Sch. PH) | | | | |
| 3 Personal service corp. (see instructions) | | | | |
| 4 Schedule M-3 attached | | | | |

E Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | |
|---|---|---|---|
| **Income** | 1a Gross receipts or sales | 1a | 2,516,987 |
| | b Returns and allowances | 1b | 145,273 |
| | c Balance. Subtract line 1b from line 1a | 1c | 2,371,714 |
| | 2 Cost of goods sold (attach Form 1125-A) | 2 | 3,360,685 |
| | 3 Gross profit. Subtract line 2 from line 1c | 3 | -988,971 |
| | 4 Dividends and inclusions (Schedule C, line 23) | 4 | |
| | 5 Interest | 5 | 52 |
| | 6 Gross rents | 6 | |
| | 7 Gross royalties | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | -42,259 |
| | 10 Other income (see instructions—attach statement)    See Stmt 1 | 10 | 87,834 |
| | 11 **Total income.** Add lines 3 through 10 | 11 | -943,344 |
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (see instructions—attach Form 1125-E) | 12 | 236,154 |
| | 13 Salaries and wages (less employment credits) | 13 | 457,489 |
| | 14 Repairs and maintenance | 14 | 106,979 |
| | 15 Bad debts | 15 | 3,091 |
| | 16 Rents | 16 | 288,412 |
| | 17 Taxes and licenses | 17 | 177,588 |
| | 18 Interest (see instructions) | 18 | 179,115 |
| | 19 Charitable contributions    See Stmt 2 | 19 | 0 |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 8,972 |
| | 21 Depletion | 21 | |
| | 22 Advertising | 22 | 22,234 |
| | 23 Pension, profit-sharing, etc., plans | 23 | |
| | 24 Employee benefit programs | 24 | 185,001 |
| | 25 Energy efficient commercial buildings deduction (attach Form 7205) | 25 | |
| | 26 Other deductions (attach statement)    See Stmt 3 | 26 | 880,940 |
| | 27 **Total deductions.** Add lines 12 through 26 | 27 | 2,545,975 |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -3,489,319 |
| | 29a Net operating loss deduction (see instructions) | 29a | |
| | b Special deductions (Schedule C, line 24) | 29b | |
| | c Add lines 29a and 29b | 29c | |
| **Tax, Refundable Credits, and Payments** | 30 **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -3,489,319 |
| | 31 Total tax (Schedule J, Part I, line 11) | 31 | 0 |
| | 32 Reserved for future use | 32 | |
| | 33 Total payments and credits (Schedule J, Part II, line 23) | 33 | |
| | 34 Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | 34 | |
| | 35 **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | |
| | 36 **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| | 37 Enter amount from line 36 you want: Credited to 2024 estimated tax    Refunded | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer **Rick Krska** | Date | Title **President** | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|

**Paid Preparer Use Only**

| Print/Type preparer's name <br> **John Scholtes** | Preparer's signature <br> **John Scholtes** | Date <br> **05/28/24** | Check ☒ if self-employed | PTIN <br> **P00840109** |
|---|---|---|---|---|
| Firm's name **Taylor Group, LLC, CPA's** | | | Firm's EIN **80-0092020** | |
| Firm's address **8725 Rosehill Rd Ste 101** <br> **Lenexa, KS**    **66215** | | | Phone no. **913-236-7979** | |

For Paperwork Reduction Act Notice, see separate instructions.
DAA
Form **1120** (2023)

Form 1120 (2023)  **InkCycle, Inc.**                                    48-1146277                    Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2023)

Form 1120 (2023)  **InkCycle, Inc.**                                    48-1146277                         Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|

**Part I—Tax Computation**

| | | | | |
|---|---|---|---|---:|
| 1 | Income tax. See instructions | | **1** | 0 |
| 2 | Base erosion minimum tax amount (attach Form 8991) | | **2** | |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) | | **3** | |
| 4 | Add lines 1, 2, and 3 | | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | | |
| b | Credit from Form 8834 (see instructions) | **5b** | | |
| c | General business credit (see instructions—attach Form 3800) | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | | |
| e | Bond credits from Form 8912 | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e | | **6** | |
| 7 | Subtract line 6 from line 4 | | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | **9c** | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| f | Interest/tax due under section 453A(c) | **9f** | | |
| g | Interest/tax due under section 453(l) | **9g** | | |
| z | Other (see instructions—attach statement) | **9z** | | |
| 10 | **Total.** Add lines 9a through 9z | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | **11** | 0 |

**Part II—Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---:|
| 12 | Reserved for future use | | **12** | |
| 13 | Preceding year's overpayment credited to the current year | | **13** | |
| 14 | Current year's estimated tax payments | | **14** | |
| 15 | Current year's refund applied for on Form 4466 | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | | **16** | |
| 17 | Tax deposited with Form 7004 | | **17** | |
| 18 | Withholding (see instructions) | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | **19** | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 | **20a** | | |
| b | Form 4136 | **20b** | | |
| c | Reserved for future use | **20c** | | |
| z | Other (attach statement–see instructions) | **20z** | | |
| 21 | **Total credits.** Add lines 20a through 20z | | **21** | |
| 22 | Elective payment election amount from Form 3800 | | **22** | |
| 23 | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | | **23** | |

Form **1120** (2023)

Form 1120 (2023) **InkCycle, Inc.** 48-1146277 Page **4**

## Schedule K    Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:   **a** ☐ Cash   **b** ☒ Accrual   **c** ☐ Other (specify) ................................ | | |
| 2 | See the instructions and enter the: | | |
| **a** | Business activity code no.   **339900** | | |
| **b** | Business activity   **Recycling** | | |
| **c** | Product or service   **Cartridges** | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? .................... | | X |
| | If "Yes," enter name and EIN of the parent corporation ......................................................... | | |
| | ................................................................................................................. | | |
| 4 | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt | | |
| | organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the | | |
| | corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) ......... | | X |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all | | |
| | classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) ........... | X | |
| 5 | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of | | |
| | any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions | | X |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

|  |  | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership | | |
| | (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ...... | | X |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

|  |  | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in | | |
| | excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 ......................... | | X |
| | If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| 7 | At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all | | |
| | classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? .............. | | X |
| | For rules of attribution, see section 318. If "Yes," enter: | | |
| | **(a)** Percentage owned ....................... and **(b)** Owner's country ........................................ | | |
| | **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign | | |
| | Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ........................... | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ...................... ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during this tax year $ ..................... **0** | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ....... **9** | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ............. ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached | | |
| | or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) ......... $   **16,110,598** | | |

Form **1120** (2023)

| Schedule K | Other Information *(continued from page 4)* | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during this tax year   $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions   $ | | |
| 22 | Does this corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15   $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote           By Value | | |
| 27 | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | X |
| 28 | Is the corporation a member of a controlled group? | X | |
| | If "Yes," attach Schedule O (Form 1120). See instructions. | | |
| 29 | Corporate Alternative Minimum Tax: | | |
| a | Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year? | | X |
| | If "Yes," go to question 29b. If "No," skip to question 29c. | | |
| b | Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year? | | |
| | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | |
| c | Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A), for the current tax year? See instructions | X | |
| | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | |
| 30 | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| a | Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)? | | X |
| b | Under the applicable foreign corporation rules? | | X |
| c | Under the covered surrogate foreign corporation rules? | | X |
| | If "Yes" to either (a), (b), or (c), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| 31 | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more? | | X |
| | If "Yes," attach a statement. See instructions. | | |

LCI1 05/28/2024 1:14 PM

## Schedule L — Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---:|---:|---:|---:|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | −25,525 | | 27,643 |
| 2a | Trade notes and accounts receivable | 322,870 | | 128,556 | |
| b | Less allowance for bad debts | 20,514 | 302,356 | 20,514 | 108,042 |
| 3 | Inventories | | 1,834,827 | | 227,249 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (att. stmt.)  Stmt 4 | | 32,096 | | 1,456 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach stmt.) | | | | |
| 10a | Buildings and other depreciable assets | 3,473,903 | | 2,189,240 | |
| b | Less accumulated depreciation | 3,255,926 | 217,977 | 2,043,317 | 145,923 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 31,872 | | 31,872 | |
| b | Less accumulated amortization | 23,366 | 8,506 | 23,366 | 8,506 |
| 14 | Other assets (attach stmt.)  Stmt 5 | | 211,029 | | 211,029 |
| 15 | Total assets | | 2,581,266 | | 729,848 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 486,269 | | 680,345 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 962,913 | | 10,365,461 |
| 18 | Other current liabilities (att. stmt.)  Stmt 6 | | 1,358,243 | | 905,559 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 10,703,141 | | 3,185,923 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock:  a Preferred stock | 26,770 | | 26,770 | |
| | b Common stock | 43,980 | 70,750 | 43,980 | 70,750 |
| 23 | Additional paid-in capital | | 390,101 | | 390,101 |
| 24 | Retained earnings—Appropriated (att. stmt.) | | | | |
| 25 | Retained earnings—Unappropriated | | −11,263,386 | | −14,741,526 |
| 26 | Adjustments to SH equity (att. stmt.) | | | | |
| 27 | Less cost of treasury stock | | 126,765 | | ( 126,765 ) |
| 28 | Total liabilities and shareholders' equity | | 2,581,266 | | 729,848 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---:|---|---|---:|---:|
| 1 | Net income (loss) per books | −3,478,140 | 7 | Income recorded on books this year not included on this return (itemize): | | |
| 2 | Federal income tax per books | | | Tax-exempt interest  $ | | |
| 3 | Excess of capital losses over capital gains | | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | Stmt 8 | 103,039 | 103,039 |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | | |
| a | Depreciation  $  63,081 | | a | Depreciation  $ | | |
| b | Charitable contributions  $ | | b | Charitable contributions  $ | | |
| c | Travel and entertainment  $  17,335 | | | | | |
| | Stmt 7  11,444 | 91,860 | 9 | Add lines 7 and 8 | | 103,039 |
| 6 | Add lines 1 through 5 | −3,386,280 | 10 | Income (page 1, line 28)—line 6 less line 9 | | −3,489,319 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | | | |
|---|---|---:|---|---|---|---|---:|
| 1 | Balance at beginning of year | −11,263,386 | 5 | Distributions: | a Cash | | |
| 2 | Net income (loss) per books | −3,478,140 | | | b Stock | | |
| 3 | Other increases (itemize): | | | | c Property | | |
| | | | 6 | Other decreases (itemize): | | | |
| | | | 7 | Add lines 5 and 6 | | | |
| 4 | Add lines 1, 2, and 3 | −14,741,526 | 8 | Balance at end of year (line 4 less line 7) | | | −14,741,526 |

Form **1120** (2023)

LCI1 05/28/2024 1:14 PM

| Form **4797** | **Sales of Business Property**<br>(Also Involuntary Conversions and Recapture Amounts<br>Under Sections 179 and 280F(b)(2))<br>Attach to your tax return.<br>Go to *www.irs.gov/Form4797* for instructions and the latest information. | OMB No. 1545-0184<br>**2023** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | Attachment<br>Sequence No. **27** |

Name(s) shown on return

**InkCycle, Inc.**

Identifying number

**48-1146277**

| | | | |
|---|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2023 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | **1a** | |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets | **1b** | |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets | **1c** | |

### Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| **2** | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | See Statement 9 | | | | | | -42,259 |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** | -42,259 |
| | **Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below. | | |
| | **Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below. | | |
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | **9** | |

### Part II  Ordinary Gains and Losses (see instructions)

| | | | |
|---|---|---|---|
| **10** | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 | **11** | ( -42,259 ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable | **12** | |
| **13** | Gain, if any, from line 31 | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** | Combine lines 10 through 16 | **17** | -42,259 |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | **18b** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2023)

**There are no amounts for Page 2**

DAA

| Form **1125-A** | **Cost of Goods Sold** | OMB No. 1545-0123 |
|---|---|---|
| (Rev. November 2018)<br>Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.<br>▶ Go to *www.irs.gov/Form1125A* for the latest information. | |

| Name | Employer identification number |
|---|---|
| InkCycle, Inc. | 48-1146277 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 1,834,827 |
| 2 | Purchases | 2 | 915,098 |
| 3 | Cost of labor | 3 | 621,661 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)      Stmt 10 | 5 | 216,348 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 3,587,934 |
| 7 | Inventory at end of year | 7 | 227,249 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 3,360,685 |

**9a** Check all methods used for valuing closing inventory:

     *(i)* ☐ Cost

     *(ii)* ☒ Lower of cost or market

     *(iii)* ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods      ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)      ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO      | 9d |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions      ☒ Yes    ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation      ☐ Yes    ☒ No

**For Paperwork Reduction Act Notice, see instructions.**      Form **1125-A** (Rev. 11-2018)

DAA

| SCHEDULE G (Form 1120) | Information on Certain Persons Owning the Corporation's Voting Stock | |
|---|---|---|
| (Rev. December 2011) Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1120. ▶ See instructions on page 2. | OMB No. 1545-0123 |

| Name | Employer Identification number (EIN) |
|---|---|
| InkCycle, Inc. | 48-1146277 |

**Part I  Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II  Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Rick Krska | 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 | USA | 82.100 |
| Carol Krska | 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 | USA | 82.100 |
| | 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 | USA | 82.100 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

Schedule G (Form 1120) (Rev. 12-2011)

DAA

**SCHEDULE O
(Form 1120)**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

# Consent Plan and Apportionment Schedule for a Controlled Group

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-L, 1120-PC, 1120-REIT, or 1120-RIC.
▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

Name | Employer identification number
InkCycle, Inc. | 48-1146277

**Part I  Apportionment Plan Information**

**1** Type of controlled group:
**a** ☐ Parent-subsidiary group
**b** ☒ Brother-sister group
**c** ☐ Combined group
**d** ☐ Life insurance companies only

**2** This corporation has been a member of this group:
**a** ☒ For the entire year.
**b** ☐ From _____ , until _____

**3** This corporation consents and represents to:
**a** ☐ Adopt an apportionment plan. All the other members of this group are adopting an apportionment plan effective for the current tax year which ends on _____ , and for all succeeding tax years.
**b** ☐ Amend the current apportionment plan. All the other members of this group are currently amending a previously adopted plan, which was in effect for the tax year ending _____ , and for all succeeding tax years.
**c** ☐ Terminate the current apportionment plan and not adopt a new plan. All the other members of this group are not adopting an apportionment plan.
**d** ☐ Terminate the current apportionment plan and adopt a new plan. All the other members of this group are adopting an apportionment plan effective for the current tax year which ends on _____ , and for all succeeding tax years.

**4** If you checked box 3c or 3d above, check the applicable box below to indicate if the termination of the current apportionment plan was:
**a** ☐ Elected by the component members of the group.
**b** ☐ Required for the component members of the group.

**5** If you did not check a box on line 3 above, check the applicable box below concerning the status of the group's apportionment plan (see instructions).
**a** ☐ No apportionment plan is in effect and none is being adopted.
**b** ☐ An apportionment plan is already in effect. It was adopted for the tax year ending _____ , and for all succeeding tax years.

**6** If all the members of this group are adopting a plan or amending the current plan for a tax year after the due date (including extensions) of the tax return for this corporation, is there at least one year remaining on the statute of limitations from the date this corporation filed its amended return for such tax year for assessing any resulting deficiency? See instructions.
**a** ☐ Yes.
  (i) ☐ The statute of limitations for this year will expire on _____ .
  (ii) ☐ On _____ , this corporation entered into an agreement with the Internal Revenue Service to extend the statute of limitations for purposes of assessment until _____
**b** ☐ No. The members may not adopt or amend an apportionment plan.

**7** ☐ If the corporation has a short tax year that does not include December 31, check the box. See instructions.

**For Paperwork Reduction Act Notice, see Instructions for Form 1120.**

Schedule O (Form 1120) (Rev. 12-2018)

DAA

| Schedule O (Form 1120) (Rev. 12-2018) | **InkCycle, Inc.** | | **48-1146277** | | Page **2** |

**Part II**    **Apportionment** (See instructions)

| (a)<br>Group member's name and<br>employer identification number | | (b)<br>Tax year end<br>(Yr-Mo) | Apportionment | | |
|---|---|---|---|---|---|
| | | | (c)<br>Accumulated earnings<br>credit | (d)<br>Penalty for failure to<br>pay estimated tax | (e)<br>Other |
| 1 _InkCycle,_ Inc. _ _ _ _ _ _ | _ _ _ _<br>48-1146277 | 2023-12 | 125,000 | | |
| 2 _LaserCycle,_ Inc. _ _ _ _ _ | _ _ _ _<br>20-4381742 | 2023-12 | 125,000 | | |
| 3 _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ | | | | |
| 4 _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ | | | | |
| 5 _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ | | | | |
| 6 _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ | | | | |
| 7 _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ | | | | |
| 8 _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ | | | | |
| 9 _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ | | | | |
| 10 _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ | | | | |
| **Total** | | | 250,000 | | |

Schedule O (Form 1120) (Rev. 12-2018)

DAA

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| InkCycle, Inc. | 48-1146277 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 Rick Krska | 7429 | 100.000 % | 82.100 % | % | 88,745 |
| Brad Roderick | 2137 | 100.000 % | % | % | 147,409 |
| Carol Krska | 1536 | 100.000 % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers | **2** | 236,154 |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | **4** | 236,154 |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | (Including Information on Listed Property) | **2023** |
| Department of the Treasury | **Attach to your tax return.** | |
| Internal Revenue Service | Go to *www.irs.gov/Form4562* for instructions and the latest information. | Attachment Sequence No. **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| InkCycle, Inc. | 48-1146277 |

Business or activity to which this form relates

Regular Depreciation

## Part I — Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,160,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,890,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | 13 | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | 17 | 5,610 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

### Section B—Assets Placed in Service During 2023 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 3,362 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 8,972 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **4562** (2023)

InkCycle, Inc.                    48-1146277

**Part V**    **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

**24a** Do you have evidence to support the business/investment use claimed?    **☒ Yes**   **No**    **24b** If "Yes," is the evidence written?    **☒ Yes**   **No**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| See Statement 11 | | % | 126,832 | 89,505 | | | 3,362 | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | 3,362 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | X |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | X |
| **39** | Do you treat all use of vehicles by employees as personal use? | | X |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | X |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | X |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**    **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2023 tax year | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | |

DAA

Form **4562** (2023)

| Form **8925** | **Report of Employer-Owned Life Insurance Contracts** | OMB No. 1545-2089 |
|---|---|---|
| (Rev. September 2017)<br>Department of the Treasury<br>Internal Revenue Service (99) | ▶ Attach to the policyholder's tax return—See instructions.<br>▶ Go to *www.irs.gov/Form8925* for the latest information. | Attachment<br>Sequence No. **160** |

| Name(s) shown on return | Identifying number |
|---|---|
| **InkCycle, Inc.** | **48-1146277** |

| Name of policyholder, if different from above | Identifying number, if different from above |
|---|---|
| | |

Type of business

**Recycling**

| | | | |
|---|---|---|---|
| **1** | Enter the number of employees the policyholder had at the end of the tax year | **1** | **3** |
| **2** | Enter the number of employees included on line 1 who were insured at the end of the tax year under the policyholder's employer-owned life insurance contract(s) issued after August 17, 2006. See *Section 1035 exchanges* on page 2 for an exception | **2** | **3** |
| **3** | Enter the total amount of employer-owned life insurance in force at the end of the tax year for employees who were insured under the contract(s) specified on line 2 | **3** | **7,500,000** |
| **4a** | Does the policyholder have a valid consent for each employee included on line 2? See instructions        [X] Yes  [ ] No | | |
| **b** | If "No," enter the number of employees included on line 2 for whom the policyholder does not have a valid consent | **4b** | |

**For Paperwork Reduction Act Notice, see instructions.**

Form **8925** (Rev. 9-2017)

DAA

# Charitable Contribution Carryover Worksheet

| Form **1120** | For calendar year 2023 or tax year beginning , ending | **2023** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| InkCycle, Inc. | 48-1146277 |

| **Contributions** | | **Prior Year** | | **Current Year** | | **Next Year** |
|---|---|---|---|---|---|---|
| Preceding Tax Year | Excess Contributions | Utilized Or Reclassed to NOL | Carryover | Reclassed to NOL (Reg.Sec. 1.170A-11(c)(2)) | Carryovers Utilized | Carryover |
| 5th 12/31/18 | 2,425 | | 2,425 | | | |
| 4th 12/31/19 | 476 | | 476 | | | 476 |
| 3rd 12/31/20 | 1,120 | | 1,120 | | | 1,120 |
| 2nd 12/31/21 | 150 | | 150 | | | 150 |
| 1st 12/31/22 | 150 | | 150 | | | 150 |
| Charitable Contribution Carryover To Current Year | | | 4,321 | | | |
| Current Year | 0 | | | | | 0 |
| Charitable Contribution Carryover Available To Next Year | | | | | | 1,896 |

# Net Operating Loss Carryover Worksheet

Form **1120**

For calendar year 2023 or tax year beginning , ending

**2023**

Name: **InkCycle, Inc.**

Employer Identification Number: **48-1146277**

| Preceding Taxable Year | Adj. To NOL Inc/(Loss) After Adj. | NOL Utilized (Income Offset) | Carryovers | Income Offset By NOL Carryback/ Carryover NOL Utilized | Carryover |
|---|---|---|---|---|---|
| | | **Prior Year** | | **Current Year** | **Next Year** |
| 20th 12/31/03 | | | | | |
| 19th 12/31/04 | | | | | |
| 18th 12/31/05 | | | | | |
| 17th 12/31/06 | | | | | |
| 16th 12/31/07 | | | | | |
| 15th 12/31/08 | | | | | |
| 14th 12/31/09 | | | | | |
| 13th 12/31/10 | −291,769 | 291,769 | | | |
| 12th 12/31/11 | −1,361,169 | 189,529 | 1,171,640 | | 1,171,640 |
| 11th 12/31/12 | −48,130 −1,110,121 | | 1,110,121 | | 1,110,121 |
| 10th 12/31/13 | 481,298 | −481,298 | | | |
| 9th 12/31/14 | −826,644 | | 826,644 | | 826,644 |
| 8th 12/31/15 | −1,397,253 | | 1,397,253 | | 1,397,253 |
| 7th 12/31/16 | −777,162 | | 777,162 | | 777,162 |
| 6th 12/31/17 | −360,034 | | 360,034 | | 360,034 |
| 5th 12/31/18 | −1,053,641 | | 1,053,641 | | 1,053,641 |
| 4th 12/31/19 | −1,774,031 | | 1,774,031 | | 1,774,031 |
| 3rd 12/31/20 | −2,129,591 | | 2,129,591 | | 2,129,591 |
| 2nd 12/31/21 | −2,379,162 | | 2,379,162 | | 2,379,162 |
| 1st 12/31/22 | −3,131,319 | | 3,131,319 | | 3,131,319 |
| NOL Carryover Available To Current Year | | | 16,110,598 | | |
| Current Year | 0 −3,489,319 | | | | 3,489,319 |
| NOL Carryover Available To Next Year | | | | | 19,599,917 |

Current year net operating losses available to be utilized:

Aggregate amount of NOL arising in taxable years beginning before 1/1/18 (Pre TCJA NOL) **5,642,854**

Aggregate amount of NOL arising in taxable years beginning after 12/31/17 (Post TCJA NOL) **10,467,744**

| Form **1120** | Carryover Worksheet - Capital Gain (Loss) and Section 1231 | | | | **2023** |
|---|---|---|---|---|---|
| | For calendar year 2023 or tax year beginning | | , ending | | |

| Name | | | | Employer Identification Number |
|---|---|---|---|---|
| InkCycle, Inc. | | | | 48-1146277 |

| **Net Capital Loss** | | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| Preceding Tax Year | Net Capital Gain/(Loss) | Loss Utilized or C/B (Gains Offset) | Capital Loss Carryover | Gain Offset By Carryback/ Carryovers Utilized | Capital Loss Carryover |
| 5th 12/31/18 | | | | | |
| 4th 12/31/19 | | | | | |
| 3rd 12/31/20 | | | | | |
| 2nd 12/31/21 | | | | | |
| 1st 12/31/22 | | | | | |
| Capital Loss Carryover Available To Current Year | | | 0 | | |
| Current Year | 0 | | | | 0 |
| Capital Loss Carryover Available To Next Year | | | | | 0 |

| **Section 1231 Losses** | | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| Preceding Tax Year | 1231 Loss | Recaptured | Unrecaptured | Prior Losses Recaptured | Unrecaptured |
| 5th 12/31/18 | 1,488 | | 1,488 | | |
| 4th 12/31/19 | | | | | |
| 3rd 12/31/20 | 38,990 | | 38,990 | | 38,990 |
| 2nd 12/31/21 | | | | | |
| 1st 12/31/22 | | | | | |
| 1231 Losses Available for Recapture in Current Year | | | 40,478 | | |
| Current Year | 42,259 | | | | 42,259 |
| 1231 Losses Available for Recapture in Next Year | | | | | 81,249 |

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2024 to Filing Date | ■ Operating a business<br>☐ Other _____ | $428,137.00 |
| For prior year:<br>From 1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $2,371,714.00 |
| For year before that:<br>From 1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $4,697,421.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | LIF Finance II, LP v. Debtor 24LA04896 | Petition for Eviction and Monetary Damages | District Court of Johnson County, Kansas 100 N. Kansas Avenue Olathe, KS 66061 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ■ None

| Name and address | Date of service From-To |
|---|---|

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 7, 2024

/s/ Rick Krska                                                  Rick Krska
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Kansas

In re  Inkcycle, Inc.
_____
Debtor(s)

Case No. _____

Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Hourly |
| Prior to the filing of this statement I have received | $ | 12,000.00 |
| Balance Due | $ | Hourly |

2.  $  1,738.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify):

5.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____
_Date_

_____
/s/ Colin N. Gotham
Colin Gotham KS#19538; MO#52343
_Signature of Attorney_
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700  Fax: (913) 962-8701
cgotham@emlawkc.com
_Name of law firm_

Aegis Fire Protection, LLC.
13415 West 98th Street
Lenexa, KS 66215


Attorney General
Main Justice Building
950 Pennsylvania Avenue NW
Washington, DC 20530-0001


BPO Media LLC
840 S Rancho Drive, Suite #4-558
Las Vegas, NV 89106


Cintas First Aid & Safety #479
P.O. Box 631025
Cincinnati, OH 45263-1025


Citibank, NA
388 Greenwich Street
10th Floor
New York, NY 10013


Cross First Bank
11225 College Blvd., Suite 150
Overland Park, KS 66210


CrossFirst Bank
11225 College Blvd., Suite 150
Overland Park, KS 66210


CrossFirst Bank
4707 West 135th Street
Overland Park, KS 66224


Crown Packaging Corp.
PO Box 17806 M
Saint Louis, MO 63195


Danolyte Global, LLC
9216 Bond
Overland Park, KS 66214


Design Mechanical, Inc.
P.O. Box 875988
Kansas City, MO 64187-5988

ECI Software Solutions, Inc.
4400 Alliance Gateway Frwy # 154
Fort Worth, TX 76177


Evergy
PO Box 219330
Kansas City, MO 64121-9330


Fiber Platform, LLC dba Unite Private Ne
PO Box 734498
Chicago, IL 60673-4498


Hermes Company, Inc.
13030 West 87th Street Parkway
Lenexa, KS 66215


Johnson County Wastewater
P.O. Box 219948
Kansas City, MO 64121-9948


Leaf Capital Funding
2005 Market Street
14th Floor
Philadelphia, PA 19103


Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


LIF Finance II, LP
% Gregory Pappas
7500 West 110th Street, Suute 110
Overland Park, KS 66210


Lion Industrial Properties, LP dba LIT F
Switzer II
P.O Box 6166
Hicksville, NY 11802-6166


M.W.M. Inc.
PO Box 3023
Shawnee, KS 66203

Mark Ernst
Belleview Capital
6506 Stephani Drive
Dallas, TX 75225


McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680-7690


Mitsubishi Chemical America, Inc.
655 North Central Avenue, Suite 155
Glendale, CA 91203


Nectron International
725 Park Two Drive
Sugar Land, TX 77478-2843


Ninestar Image Tech Limited
Unit 18 9/f New commerce center 9
on lai street shatin nt
Hong Kong


Old Dominion Freight Line Inc
P O Box 841324
Dallas, TX 75284-1324


Pratt Industries Inc.
PO Box 933949
Atlanta, GA 31193-3949


Prime Label KC, Inc.
4401 E 140th St
Grandview, MO 64030


Rick Krska
1255 South Gardener Road
Olathe, KS 66061


Safety-Kleen Systems, Inc.
P.O. Box 975201
Dallas, TX 75397-5021


Schendel Services Inc.
P.O. Box 735145
Dallas, TX 75373-5145

Speed Infotech (HK) Limited
8A Building 6, Jiantao Plaza,No.269
Tongxie Rd.  Shanghai, 200335
P.R. China


Static Control Components Inc
P.O. Box 11407
Dept. # 1656
Birmingham, AL 35246-1656


Taylor Group, LLC.
8725 Rosehill Road, Suite 101
Lenexa, KS 66215


Tracy Reed
18924 S. Prairie Lane
Pleasant Hill, MO 64080


Tri Resources Intl, Inc.
PO Box 1079
Erie, CO 80516


UniFirst Corporation
PO BOX 650481
Dallas, TX 75265-0481


UniNet Imaging, Inc.
3308 W El Segundo Blvd
Hawthorne, CA 90250


Uniqbag LP
121 West Trade Street, Suite 2900
Charlotte, NC 28202


Universal Imaging Industries, LLC
35246 U.S. Hwy 19 North
Suite 251
Palm Harbor, FL 34684


UPS
Lockbox 577
Carol Stream, IL 60132

```
US Attorney
US Courthouse
500 State Avenue, Rm 360
Kansas City, KS 66101


US Small Business Admin.
1000 Walnut St., Ste. 500
Kansas City, MO 64106


US Small Business Admin.
District Counsel
10675 Bedford Avenue, Suite 100
Omaha, NE 68127


VIM Recyclers, LP
920 Rathbone Avenue
Aurora, IL 60506


VoIP Networx
12701 Chowen Ave, STE 107B
Burnsville, MN 55337
```

**United States Bankruptcy Court**
**District of Kansas**

In re    Inkcycle, Inc.                                    Case No. _____
                          Debtor(s)                        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 7, 2024                    /s/ Rick Krska
                                         Rick Krska/President
                                         Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   Inkcycle, Inc.                Case No. _____

Debtor(s)            Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brad Roderick<br>12603 W 70th Terr<br>Shawnee, KS 66216 | | 5 Shares | 0.0% Voting Interest |
| Mike Williamson<br>8411 Laurelwood<br>Lenexa, KS 66219 | | 415 Shares | 0.7% Voting Interest |
| Milton Jeffrey<br>9039 Greenway Lane<br>Lenexa, KS 66215 | | 50 Shares | 0.1% Voting Interest |
| Paula Byrnes<br>12429 W 53rd Terr<br>Shawnee, KS 66216 | | 200 Shares | 0.3% Voting Interest |
| Rand O'Donnell<br>5241 W 151st Terr Ste 414<br>Leawood, KS 66224 | | 22,250 Shares | 37.8% Voting Interest |
| Rick & Carol Krska, JTROS<br>1255 South Gardener Road<br>Olathe, KS 66061 | | 30,000 Shares | 51.0% Voting Interest |
| Robert Ehlers<br>4716 Tichborne Circle<br>Sarasota, FL 34241 | | 5,750 Shares | 9.8% Voting Interest |
| Tracy & Ron Reed, JTROS<br>18924 S Prairie Lane<br>Pleasant Hill, MO 64080 | | 134 Shares | 0.2% Voting Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 7, 2024           Signature   /s/ Rick Krska

                                                  Rick Krska

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Kansas

In re    Inkcycle, Inc.                          Case No. _____

                     Debtor(s)              Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Inkcycle, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 7, 2024
_____
Date

/s/ Colin Gotham
_____
Colin Gotham KS#19538; MO#52343
Signature of Attorney or Litigant
Counsel for    Inkcycle, Inc.
_____
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com